SEALED

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

SEP 2 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                 DEPUTY CLERK

8                IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10
   In the Matter of the Search of:            CASE NO.  2:15-SW-0597  DAD
11
   THE CELLULAR TELEPHONE ASSIGNED            [PROPOSED] ORDER DELAYING NOTICE
12 CALL NUMBER 970-689-6113
                                              **UNDER SEAL**
13

14

15      The United States has represented that there exists an ongoing investigation into the narcotics

16 trafficking and money laundering activities of the parties named in the application and order, signed

17 September 18, 2015, which authorized agents of DEA to ascertain the physical location of the [Carrier] Sprint

18 cellular telephone currently assigned: 970-689-6113 ("TARGET CELL PHONE"), including but not

19 limited to E-911 Phase II data (GPS and/or other precise location information) concerning the TARGET

20 CELL PHONE(S) (the "Requested Information"), for a period of 30 days.

21      The government has further represented that service of the notice required by Federal Rules of

22 Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

23 to the targets.

24      Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

25 be required to serve the notice shall be postponed for 90 days from the date of this Order.

26 ///

27 ///

28 ///

1    Should the United States seek further postponement of the time within which it must serve the

2 notice, it shall make further application to this Court.

3    IT IS SO ORDERED.

4

5 Dated:    9-28-2016

6                                                    Hon. Edmund F. Brennan
                                                     U.S. MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DELAYING NOTICE                          2