PHILLIP A. TALBERT
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

FILED

MAR 20 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 970-689-6113 | CASE NO. 2:15-SW-0597<br><br>[PROPOSED] ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics trafficking and money laundering activities of the parties named in the application and order, signed September 18, 2015, which authorized agents of DEA to ascertain the physical location of the [Carrier] cellular telephone currently assigned: 970-689-6113 ("TARGET CELL PHONE"), including but not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the TARGET CELL PHONE(S) (the "Requested Information"), for a period of 30 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

/ / /

/ / /

/ / /

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: March 20, 2017

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE